```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
                      HOUSTON DIVISION
```

UNITED STATES OF AMERICA, §
§
    Respondent/Plaintiff. §
§ CRIMINAL ACTION NO. H-11-477
VS. § CIVIL ACTION H-13-764
§
JASON MICHAEL LALL, §
§
    Petitioner/Defendant. §

## OPINION AND ORDER

Pending before the Court in the above referenced cause is Petitioner Jason Michael Lall's motion for leave to proceed *in forma pauperis* (instrument #3 in H-13-764).

A § 2254 motion does not require a filing fee. *United States v. Ahern*, C-11-cr-333, C-13-191, (S.D. Tex. July 3, 2013), citing Rule 3, Rules Governing Section 2255 Proceedings for the United States District Courts (2012)(advisory committee note 1976, "There is no filing fee required of a movant under these rules."). Accordingly the Court

ORDERS that the motion is DENIED as moot.

**SIGNED** at Houston, Texas, this  20th  day of  April , 2015.

_____
         MELINDA HARMON
  UNITED STATES DISTRICT JUDGE